United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| MARLENE MILAGRO LUGO-MARTIN, | § § § § § | |
| Petitioner, | § | |
| v. | § § | CIVIL ACTION NO. 5:26-CV-32 |
| ORLANDO PEREZ, ET AL., | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion to Dismiss and, Alternatively, Motion for Summary Judgment, (Dkt. No. 13).

The Court **ORDERS** Respondents to file supplemental briefing that responds to Petitioner's procedural due process arguments under the Fifth Amendment Due Process Clause, (Dkt. No. 26), by **March 5, 2026.**

It is so **ORDERED**.

**SIGNED** on February 25, 2026.

_____
John A. Kazen
United States District Judge